UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.: 1:18-cv-11899-MLW

RAOUL MARRADI,

    Plaintiff,

vs.

BFAM, INC., AZITA BINA,
BABAK BINA, and BFAM REALTY TRUST,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, by and through the undersigned counsel, and pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, hereby provides this notice of voluntary dismissal of this action without prejudice, with each party to bear their own attorney's fees and costs with respect to this action.

Dated this 21st day of September, 2018.

Respectfully submitted,

By:   /s/Edward N. Garno, Esq.
      Edward N. Garno, Esq.
      147 Central Street, Suite 213
      Lowell, Massachusetts 01852
      Telephone: (978) 397-2400
      Facsimile: (978) 455-1817
      E-mail: nedgarno@hotmail.com
      Massachusetts Bar No.: 564378
      Lead Counsel for Plaintiff

By:   /s/Todd W. Shulby, Esq.
      Todd W. Shulby, Esq.
      Todd W. Shulby, P.A.
      1792 Bell Tower Lane
      Weston, Florida 33326
      Telephone: (954) 530-2236
      Facsimile: (954) 530-6628
      E-mail: tshulby@shulbylaw.com
      Florida Bar No.: 068365
      Counsel for Plaintiff

CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 21, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: None.

WE HEREBY CERTIFY that on September 21, 2018, we electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and will furnish a copy of the foregoing to the following non-CM/ECF participants:

BFAM, Inc. and BFAM Realty Trust
c/o Azita & Babak Bina
97 Mount Vernon Street
Boston, MA 02108

By: /s/Todd W. Shulby, Esq.
Todd W. Shulby, Esq.